**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6432

CORNELIUS TUCKER, JR.,

Petitioner - Appellant,

v.

UNITED STATES DISTRICT EASTERN COURT JUDICIARY; UNITED STATES PROSECUTORS,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, Chief District Judge.  (5:08-hc-02029-FL)

Submitted: May 22, 2008                    Decided:  June 2, 2008

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Cornelius Tucker, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cornelius Tucker, Jr., filed a 28 U.S.C. § 2241 (2000) petition in the district court. Prior to any action by the district court, Tucker filed a notice of appeal. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). Because the district court has not acted on Tucker's § 2241 petition, there is neither a final order nor an appealable interlocutory or collateral order for this court to review. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED